nection, he testified that "the sample that I looked at * * * was approximately six inches. I didn't measure it. The invoice said that and it seemed about that size." The customs examiner's statements are not sufficient to overcome the positive testimony of plaintiffs' witness that these samples are identical with the imported merchandise in controversy.

While the record before us is not as complete as might be expected, plaintiffs' evidence—oral testimony as well as samples—is sufficient to establish, *prima facie* at least, that the articles in question are not toys, within the meaning of the term "toy," as defined in paragraph 1513, *supra*. Since it is conceded that these masks are in chief value of india rubber, and, not being specifically provided for, they are properly classifiable as manufactures of india rubber, not specially provided for, under paragraph 1537(a) of the Tariff Act of 1930, with a duty assessment at the rate of 25 per centum ad valorem, as claimed by plaintiffs.

The protests are sustained and judgment will be rendered accordingly.

**No. 62668.**—Manca, Inc. *v.* United States, protests 325205–K and 326548–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.

**No. 62669.**—Manca, Inc. *v.* United States, protest 58/17466 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

**No. 62670.**—Union Novelty Co., Inc. *v.* United States, protest 58/6418 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of shells the same in all material respects as those the subject of Abstract 62251, the claim of the plaintiff was sustained.

**No. 62671.**—Hecht Co. *v.* United States, protest 58/1151 (New York).